# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE WINKWORTH and MARCIA BOTELHO,<br><br>*Individually and on behalf of themselves and on behalf of all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>SPECTRUM BRANDS, INC.<br><br>Defendant. | Civil Action No. 2:19-cv-01011 |

## **ORDER**

AND NOW, this  21st  day of  December , 202 0  the stipulation of the Parties is approved.  The above captioned action is hereby dismissed with prejudice.

BY THE COURT:

/s/ W. Scott Hardy
_____
W. Scott Hardy
United States District Court Judge

308427889.1